ROSARIO MAZZOLA, as Administrator, etc., of ANTHONY MAZZOLA, Deceased, Appellant, v. DUGAN BROS., INC., Respondent.— Action to recover damages for death alleged to have been caused by the wrongful act, neglect or default of defendant through the driver of its delivery wagon, a horse-drawn vehicle. There was a partial collision between that vehicle and a Ford light delivery truck in which the decedent was riding, and decedent was impaled by the shaft of the

---

* Affd., 267 N. Y. ——.     † Appeal dismissed, 266 N. Y. 614.

wagon and was killed. Judgment for defendant, entered on the verdict of a jury, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.